May 20th, 2015

Court of Appeals
Third District
Jeffrey D. Kyle, Clerk
P.O. Box 12547
Austin, Texas 78711-2547

RE:    **Appeal No.: 03-15-00253-CV; 03-15-00254-CV; 03-15-00255-CV**
       **Trial Court Cause No.:  11,883; 11,884; 11,930**
       **County of Bastrop v. Yegua Trust, et al; County of Bastrop v. Lonnied**
       **Farmer, et al; County of Bastrop v. Combined Financial, et al**
       **In The 423rd District Court of  Bastrop County, Texas**
       **Reported by Michele M. Fritsche, CSR**

Dear  Mr. Kyle,

As of today, no written request with hearing dates, or payment arrangements for the Reporter's Record have been made in the above referenced causes.

If you have any questions concerning this matter, please feel free to contact me.

Sincerely,

Michele M. Fritsche
423rd District Court
804 Pecan Street
Bastrop, Texas 78602
512-581-4239